| | | |
|---|---|---|
| 02/04/2020 | TUESDAY | Judge Trish M Brown |
| 11:00  19-32896 tmb 7  bk | Walter Henry Smith and Patricia Harling Smith | |

Continued Hearing on Notice of Intent to Sell Property at Private Sale and Compensate Real Estate Broker (If Any) Filed By Trustee Rodolfo A Camacho (Camacho, Rodolfo) (24)

Walter Henry Smith - db ✓MICHAEL D O BRIEN
✓Patricia Harling Smith - jdb
Rodolfo A Camacho - tr —M. Knutsen
Steve Marshall - prospective buyer

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
FEB - 4 2020
LODGED___ REC'D___
PAID___ DOCKETED___

Evidentiary Hearing:    Yes: ☐    No: ☒

Sale is not approved.

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY:

Sale is not approved.
It is so ordered.
                    Trish M Brown

CC  M. O'Brien
    M. Knutsen

Run Date:   02/04/20

Case 19-32896-tmb7   Doc 30   Filed 02/04/20